■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY STEINBERGIN, Appellant. [997 NYS2d 317]—

Order, Supreme Court, New York County (Carol Berkman, J.), entered October 24, 2012, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The resentencing court providently exercised its discretion in determining that substantial justice required the denial of defendant's motion (*see People v Gonzalez*, 29 AD3d 400 [1st Dept 2006], *lv denied* 7 NY3d 867 [2006]). Defendant's extensive criminal history, including repeated parole violations, demonstrates a chronic inability to refrain from criminal conduct (*see e.g. People v Correa*, 83 AD3d 555 [1st Dept 2011], *lv denied* 17 NY3d 805 [2011]). Concur—Acosta, J.P., Moskowitz, Richter, Feinman and Clark, JJ.